UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Joshua Nass

--------------------------------------------------X

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2026 ★
BROOKLYN OFFICE

**ORDER
FOR ACCEPTANCE OF CASH BAIL**

Docket No.   26-MJ-54

Bail having been fixed by Hon. __Clay H. Kaminsky,__ in the above entitled action in the amount of $ __5,000,000__ of which sum $ __50,000__ in cash is to be deposited with the Clerk of the  Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __50,000__ when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated:  Brooklyn, New York
        __3/14/2026__

UNITED STATES MAGISTRATE JUDGE

Receipt No. _____
Money Deposited By: _____
address & Telephone _____

Generated: Mar 17, 2026 9:19AM

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Mar 17, 2026 9:19AM

Rcpt. No: 100025643          Trans. Date: Mar 17, 2026 9:19AM          Cashier ID: #TS (6977)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DNYE126MJ000054 /001<br>Joshua Nass | 1 | 50000.00 | 50000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #117362181 | 03/17/2026 | | $50,000.00 |
| | | | Total Due Prior to Payment: | | $50,000.00 |
| | | | Total Tendered: | | $50,000.00 |
| | | | Total Cash Received: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.