

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 6, 2026

**<u>VIA ECF</u>**

Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** ***United States v. Joshua Nass*, 26-mj-54**

Dear Judge Cho:

  We represent defendant Joshua Nass in the above-captioned case.  We write to respectfully request that the Court exclude time, under the Speedy Trial Act, between April 13, 2026 and April 27, 2026 pursuant to 18 U.S.C. § 3161(h)(7).  This additional time is necessary to afford the parties time to confer regarding a potential resolution of the case.

  We have consulted with counsel for the government, who consent to this request.

    Respectfully submitted,

     /s/ IH

    Henry E. Mazurek
    Ilana Haramati

    *Counsel for Defendant Joshua Nass*

cc:  Counsel of Record (*via ECF*)